UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GISELA VASQUEZ,

                Plaintiff,

- against -

JET BLUE AIRWAYS CORP., et al.,

                Defendants.
----------------------------------------------------------x

**ORDER**

09 CV 4270 (NG) (MDG)

**GERSHON, United States District Judge:**

The court adopts the unopposed Report and Recommendation ("R&R") of Magistrate Judge Marilyn D. Go, dated September 23, 2011, recommending dismissal of plaintiff's claims for repeated failure to adhere to court orders. Objections to Judge Go's R&R were due by October 11, 2011. Plaintiff did not object. Judge Go carefully reviewed the applicable considerations in recommending dismissal of plaintiff's claims, and I adopt her analysis. Plaintiff's claims are therefore dismissed, with prejudice.

The Clerk of Court is directed to enter judgment for defendants.

                                          **SO ORDERED.**

                                          **NINA GERSHON**
                                          **United States District Judge**

Dated: Brooklyn, New York
October 24, 2011